UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the **September 18, 2004 DeLaHoya/Hopkins**, Program

Plaintiff,

-against-

DIANE D. HUEY, Individually, and BOTTLED MESSAGES INC. d/b/a OOUCH BAR-CAFE a/k/a OUCH, and BOTTLED MESSAGES INC. d/b/a OOUCH BAR-CAFE a/k/a OUCH

Defendant.
-----------------------------------------------------------------

<u>NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL</u>
Civil Action No. 04-CV-5162 (NGG/CLP)
Hon. Nicholas G. Garaufis

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 15 2005 ★

BROOKLYN OFFICE

**PLEASE TAKE NOTICE THAT** Plaintiff **GARDEN CITY BOXING CLUB, INC.** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed March 17, 2007. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 2, 2005
      Ellenville, New York

**GARDEN CITY BOXING CLUB, INC.**
By: /s/ Julie Cohen Lonstein
    Julie Cohen Lonstein, Esq.
    LONSTEIN LAW OFFICE, P.C.
    *Attorneys for Plaintiff*
    Office & P.O. Address
    1 Terrace Hill: P.O. Box 351
    Ellenville, New York 12428
    Tel: (845) 647-8500

**SO ORDERED** this __8__ day of __Aug__, 2005

**HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE**